


**DeSalvo Law Firm PLLC**
1720 West End Avenue, Suite 403
Nashville, TN 37203
Telephone: (615) 600-4741   Facsimile: (615) 600-4761
www.desalvonashville.com
rdesalvo@desalvonashville.com

August 17, 2016

Chapin Technology Services LLC
Attention: John Chapin
2300 Walnut St., Apt. 719
Philadelphia, PA 19103-5547

RE: Confidential Settlement Proposal

Dear Mr. Chapin:

    This office represents Rock & Load Music Group, Inc. d/b/a Vertical Universe also known as Vie Drive ("Vie Drive") with respect to the claims arising from the failure by Chapin Technology Services LLC ("CTS") and the programmers recommended by CTS, namely BNL Consulting LLC based in Roswell, Georgia, to timely deliver a working mobile app. As you know, Vie Drive previously retained the services of Metova, Inc. to develop the Vie Drive app. It was through this process that Vie Drive's representatives made your acquaintance and hired you as an outside consultant to confirm that Vie Drive was in good hands with Metova. Although advised it was in good hands, Metova did not develop the app, the code was not delivered as contracted, and when Vie Drive complained, Metova totally disabled the app, making it fully non-functional (as opposed to largely non-functional). Vie Drive retained the services of other parties to work on the app, but Vie Drive was experiencing server issues. Vie Drive's server had crashed and was shut down completely.

    About the same time, in April 2014, you contacted Vie Drive to advise that you had left the company, Bytes of Knowledge, and were taking on your own clients. Vie Drive set up a meeting with you on May 24, 2014 and then gave you access to its server to recover it and to fix the security issues. Vie Drive asked you to review the content management system ("CMS") to determine what needed to be changed to make the app viable. You returned a proposal to get Vie Drive running, including fixing the code and security issues as well as fixing the CMS as a whole (by removing erroneous code).

    Toward the end of May 2014 and early June 2014, Vie Drive hired you to rehabilitate the app's CMS (including fixing the billing and analytics), and to make suggestions for developing and launching Vie Drive's app. The mobile app had three main components: the CMS, the app builder, and the app. The goal was to take information from CMS and connect it to the app builder and to have a working mobile app in the app stores. As a software developer/engineer, Vie Drive understood that you did not have a background in mobile apps, but Vie Drive

Entertainment, Copyright & Trademark     **EXHIBIT A**



depended upon you for your expertise in technology, what the marketplace was doing, and what consumers wanted in the app. Vie Drive believed you understood the "tech language" and would communicate effectively with Vie Drive's point person. You undertook a partial analysis of Vie Drive by identifying threats and vulnerabilities in the CMS; however, since you did not have a background in mobile apps, you suggested bringing in another company that specialized in mobile app development. In June 2014, you projected that the project would take six months.

Next you sent out the Request for Proposals. Two companies submitted proposals and you interviewed the two companies. Based upon your research, you recommended these two companies were the best mobile app developers available at the time. Based upon your recommendation as well as Vie Drive's review, Vie Drive decided to retain BNL Consulting to create the app so that it could be duplicated and to build a server allowing Vie Drive to duplicate the app. Also, based on your recommendation, Vie Drive permitted BNL to review the code before BNL sent a final proposal. You then worked as Vie Drive's liaison with BNL to get the app developed and into the app stores, including Apple® and Google Play®.

As you know, the app development was very time sensitive, particularly in light of the delays caused by Metova. The market was new and open for the app and not many other companies had an app such as the one Vie Drive envisioned beginning in 2010. When BNL first was given access to Vie Drive's server to review the flex and build the components, Vie Drive believed that you and BNL had a clear understanding of what was needed to get the app up and running. Instead, more proposals with more hours requested to complete more tasks were given to Vie Drive. BNL was supposed to develop a new build process, develop a new build server, and collect high-level requirements to determine best design and architecture. This process was to take three months, namely from August 22, 2014 to October 31, 2014. BNL represented that it had the required education and experience at the start of the project. BNL also was supposed to be responsible for Flex development, maintenance and troubleshooting of the Vie Drive app across desktop, IOS, and Android. The period of performance was September 25, 2014 through December 12, 2015. Indeed, when Vie Drive signed the SOW on September 25, 2014, Vie Drive expressly wrote on the agreement, "Please expedite as potential clients are waiting anxiously." It was abundantly clear that time was of the essence in completing the app. By further agreement, BNL was to get the working app into the app stores, including Apple® and Google Play®. That written agreement was made August 19, 2015. As you know, Apple rejected the app more than once based upon the improper manner in which BNL, who represented that it was properly educated and experienced, submitted it.

When the app still was not functional by June 2015, Vie Drive had a third-party consultant review the work performed. The report was very negative, including that the lack of communication and lack of vision for the project shared between you as the project manager and BNL as the developer. As of June 2015, six months after the app should have been fully functional, the project still was very rudimentary, including a lack of fonts and colors. In short, Vie Drive was no better off than it was when it started.

Unfortunately, to date the app still is not functional, and it was very untimely, resulting in significant damages to Vie Drive. Vie Drive paid you $23,870.97 between June 3, 2014 and

August 5, 2015. Vie Drive paid BNL $117,210.00 for a combined total of $141,080.97. For that large sum of money, Vie Drive has nothing it can use. Further, there have been significant revenue losses to Vie Drive as it could not meet its scheduled deadlines or produce the product to the waiting and ready prospective customers. These losses do not include the more than 5,500 hours of time Vie Drive's personnel devoted to working with you and BNL over a two-year period to get the app into the marketplace. More importantly, Vie Drive has now lost the window of opportunity it had due to the significant delays and lack of performance by you and BNL, resulting in significant damages. You and BNL advised that you identified the problems with Vie Drive, but then no one took the appropriate courses of action to remedy the issues to make the app workable.

Not only did Vie Drive not get the app for which it paid $141,080.97 and after you and BNL failed to deliver, you suggested another developer to Vie Drive as if Vie Drive would continue to pay for something well beyond the deadline, way beyond the budget, and well outside the window of opportunity for profitability.

[REDACTED] Had Vie Drive known that you and BNL would falter so badly, Vie Drive would never have proceeded with the app development with either you or BNL. [REDACTED]

Pursuant to the Federal Rule of Evidence 408, this letter is a confidential settlement communication attempting to compromise a disputed claim and is not admissible to prove or disprove the validity or amount of a disputed claim. We must receive your response to this letter **within ten (10) days** of the date of this letter due to the urgency of the situation. Every week has cost our client business and very shortly, they will no longer be willing to resolve this without taking legal action to recover their losses caused by you. I look forward to hearing from you.

Sincerely,

*Ramona P. DeSalvo*
Ramona P. DeSalvo

C: Rock & Load Music Group, Inc.