

John Chapin <john@cts-llc.net>

## RE: Confidential Settlement Proposal

**John Chapin** <john@cts-llc.net>  Sat, Aug 27, 2016 at 12:44 AM
To: rdesalvo@desalvonashville.com

Dear Ms. DeSalvo,

I received your letter of August 17th on August 23rd of this week.

I understand the positions expressed by you on behalf of your client but I do not feel there is any exposure on our part in this matter. Capital Technology Services ("CTS") was primarily responsible for maintenance of the Ruby on Rails based management console for the product formerly referred to as Vie Drive from May of 2014 to July of 2015.

In regard to your client's relationship with Metova, I was contracted through Robert Half Technology to evaluate Metova's software development proposal during a half day engagement in February of 2012. At the end of the engagement I suggested that Rock & Load contact me again with any questions should they want me to "assist in your tracking their (Metova's) progress the first couple of weeks" (via e-mail on 2/27/2012). The team from Rock & Load did not take me up on the offer at that time. I have two records of contact in June and October of 2012, but didn't actively assist them with Vie Drive until over two years later in 2014. I'm not sure when Rock & Load ended its relationship with Metova.

As highlighted in the end of your first paragraph, after the Metova contract the Rock & Load team went on to hire another vendor on their own, Gwintech (Steven Williams and Ramesh Bojja). I had no involvement during Gwintech's tenure with the Rock & Load Music Group. I'm not sure how much of the work that I saw in 2014 was that of Metova and how much was the work of Gwintech.

Regarding the incident that I believe was described as a server, "crash": On May 29th of 2014 Dawn Potvin contacted me to let me know that the main VieDrive server housed at Rackspace was compromised and malicious programs on the system targeting systems at Columbia University. Rackspace suspended the server in question as a result of this activity. I received the e-mail six hours later on May 30th when I arrived in China on vacation (Beijing is 12 hours ahead). I originally planned to begin working with Vie Drive after I returned from my vacation. However, given the urgent need, I undertook moving the management console off of the corrupted system from my hotel room. During my investigation of the problem I ascertained that whoever previously installed the management console on the system was running the web server software as the, "root", primary administrative user of the system. This was a major mistake on behalf of one of the previously contracted maintainers / system administrators and likely contributed to the incident. Shutting down the compromised Rackspace system and redeploying the management console to Heroku (a platform as a service owned by Salesforce.com) was effectively the start of my relationship with the Rock & Load Music Group.

Over the summer of 2014 I introduced the Rock & Load team to Atiba and BNL Consulting, two companies that employed mobile developers experienced in Objective C, Java, and / or Adobe Flex. In July BNL was chosen by Rock & Load/Vie Drive/Vertical Universe and contracts and statements of work were signed between Rock & Load Music Group and BNL Consulting. Capital Technology Services was not a party mentioned in or a signer on this contractual agreement.

During CTS's engagement with Rock & Load/Vie Drive/Vertical Universe we made measurable improvements to the management console. The management console wasn't mobile-friendly ("responsive") before our involvement, and we addressed that. There were errors in the markup of the management console, we fixed all of the errors we found. The system contained redundant code, which simplified the source code and eliminated what redundancies existed. We moved Vie Drive to adopt continuous integration and deployment, so that it could track critical metrics on test pass rates, test coverage, and code quality. All of these improvements were recorded in the client's Github.com organizational account starting on Friday Jun 13 09:10:09 2014 -0500 (Central Time). Our final commits to the repository were over one year ago in July. According to my e-mail the last issue number we worked on appears to be #525 and is related to providing proper error messages and feedback via the management console API.

CTS always acted faithfully and in the best interest of Rock & Load from the inception of our relationship until we terminated our agreement on July 14th of last year (via an e-mailed Google Doc to Dawn and Bonnie). On that date we responded to an, "audit" of the management console from an outside consultant that we found to be factually inaccurate and irresponsibly conducted. A proper audit would have involved communication between the auditor, all stakeholders, and all vendors in a project to collaboratively evaluate the status of a project, with the auditor drawing conclusions based on the open exchange of information. However, the outside consultant's report was written without the knowledge or input of any of the developers at CTS working on the project. As a result, the outside consultant makes a number of inaccurate assertions regarding the management console. One assertion in particular by the outside consultant called the move to the Bootstrap CSS (Cascading Style Sheets) framework unnecessary. Our response to the consultant's report made a strong case for why the move was necessary, as repetitive CSS was scattered throughout multiple view templates in the management console when we started. That means that editing the appearance of one particular type of element (i.e. buttons, tables, menu entries) on the page would mean editing every page with a similar element. That's not how CSS is supposed to work. Additionally, a circulating copy of the consultant's resume revealed that the consultant did not profess to have the skills required to comment on BNL Consulting's work at all.

At the close of our response ("Response to the Vertical Universe Report") to the outside consultant's report I offered to explain our response or anything about the current Vertical Universe environment. I offered a two hour meeting at no expense to Vertical Universe and asked for the meeting to be scheduled within the next 30 days. No response was ever received from the Rock & Load team.

I terminated our relationship with Rock & Load Music Group due to an emerging pattern of infighting and dysfunction amongst Rock & Load Music Group members that CTS did not desire to be involved with. However, by that time the management console was far beyond the feature completion goals necessary for a minimally viable product for demonstration and marketing. We did absolutely everything we could to help out the Rock & Load Music Group in line with our skills and responsibilities.

Reiterating that CTS's job was to maintain the Ruby on Rails management console inspired me to check on another important detail. The last version of the software that we maintained and deployed to Heroku is still up and running as of this afternoon at 12:00pm at the address https://manage.viedrive.com (though the SSL certificate expired in February 2016). That system is currently being hosted on hostname elb043379-1416178026.us-east-1.elb.amazonaws.com, which is on Amazon Web Services, where Heroku hosts its systems. A time and date stamped image of the login screen and interior dashboard is attached.

After carefully considering the history of our involvement with Rock & Load Music Group/Vie Drive/Vertical Universe, we politely decline your demand of ▮▮▮▮▮▮ and assert that the $23,870.97 paid to CTS was for time that was well spent to our client's benefit. As you highlighted in your first paragraph when the Vie Drive server, "crashed and was shut down completely". I was the one who fixed that particular problem and the environment I setup is still running two years after it was setup, and a full year after my departure.

Sincerely,

John Chapin

-----------------------------------------------------------------------
Capital Technology Services
-----------------------------------------------------------------------
e-mail: john@cts-llc.net www: http://www.cts-llc.net
p: 615-250-2449 f: 615-250-2489 m: 615-579-0379
-----------------------------------------------------------------------
Philadelphia - CityCoHo | Philly Nexus - 2401 Walnut St Philadelphia, PA 19103
Nashville    - The Skillery - 1323 6th Ave N Nashville, TN 37208
Payments     - 2300 Walnut St Apt 719 Philadelphia, PA 19103



# Welcome To Vertical Universe

Login to update your app on the fly. Real time messaging. 24/7 access. Manage your account. Analyze how your content is being used.

## Sign in

**Username**

**Password**

Forgot Password?    Request a Trial    Log In

Copyright Vertical Universe ® 2012-2016



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Catalog | catalog | ✓ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| About | Vimeo Videos | video | ✓ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| Bio | Music | music | ✗ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| Social Media Services | Standard Video | video | ✓ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| Account | Banner | banner | ✗ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| Sign out | New News | content | ✓ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| **Project Space Remaining - 0 MB** | Event | event | ✗ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| Inf% | Photo | photo | ✗ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| | Collected YouTube Video | video | ✓ | 🏠 | 👁 | ✏️ | 📁 🗑 |
| | My YouTube Video | video | ✓ | 🏠 | 👁 | ✏️ | 📁 🗑 |